**Opinion issued November 21, 2023**



In The

# Court of Appeals

For The

# First District of Texas

————————————————

## NO. 01-23-00116-CV

————————————————

**ALL AMERICA INSURANCE COMPANY, TRAVELERS PERSONAL INSURANCE COMPANY, THE TRAVELERS INDEMNITY COMPANY, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, THE TRAVELERS HOME AND MARINE INSURANCE COMPANY, THE TRAVELERS LLOYDS INSURANCE COMPANY, THE TRAVELERS INDEMNITY COMPANY OF AMERICA, TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, TRAVELERS LLOYDS OF TEXAS INSURANCE COMPANY, TRAVELERS EXCESS AND SURPLUS LIINES COMPANY, THE CHARTER OAK FIRE INSURANCE COMPANY, TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, THE PHOENIX INSURANCE COMPANY, FIDELITY AND GUARANTY INSURANCE COMPANY, TRAVELERS COMMERCIAL INSURANCE COMPANY, THE STANDARD FIRE INSURANCE COMPANY, ST PAUL FIRE AND MARINE INSURANCE CO., TRAVELERS PERSONAL SECURITY INSURANCE COMPANY, ST PAUL GUARDIAN INSURANCE COMPANY, DISCOVER PROPERTY, CASUALTY INSURANCE COMPANY, AND NORTHFIELD INSURANCE COMPANY, CENTRAL MUTUAL INSURANCE COMPANY, AMERICAN CASUALTY COMPANY OF READING PENNSYLVANIA, AMGUARD INSURANCE, CONTINENTAL CASUALTY COMPANY, EASTGUARD INSURANCE, GENERAL CAUSUALTY COMPANY OF WISCONSIN, HOCHHEIM PRAIRIE CASUALTY INSURANCE COMPANY**

HOCHHEIM PRAIRIE FARM MUTUAL INSURANCE ASSOCIATION, NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, NATIONAL SPECIALTY INSURANCE COMPANY, NORGUARD INSURANCE PHARMACISTS MUTUAL INSURANCE COMPANY, PRAETORIAN INSURANCE COMPANY, QBE INSURANCE CORPORTION, QBE SPECIALTY INSURANCE COMPANY, REGENT INSURANCE COMPANY, STATE FARM COUNTY MUTUAL INSURANCE COMPANY OF TEXAS, STATE FARM FIRE AND CASUALTY COMPANY, STATE FARM LLOYDS, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, SURETY BONDING COMPANY OF AMERICA, THE CONTINENTAL INSURANCE COMPANY, TRANSPORTATION INSURANCE COMPANY, UNIVERSAL SURETY OF AMERICA, VALLEY FORGE INSURANCE COMPANY, WESTERN SURETY COMPANY, EVEREST INDEMNITY INSURANCE COMPANY, EVEREST NATIONAL INSURANCE COMPANY, ALLIED WORLD ASSURANCE COMPANY (US) INC., AMTRUST INSURANCE COMPANY ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC., MILFORD CASUALTY INSURANCE COMPANY, REPUBLIC LLOYDS, REPUBLIC UNDERWRITERS INSURANCE COMPANY, ROCHDALE INSURANCE COMPANY, SECURITY NATIONAL INSURANCE COMPANY, SOUTHERN INSURANCE COMPANY, TECHNOLOGY INSURANCE COMPANY, WESCO INSURANCE COMPANY, AMERICAN PROPERTY INSURANCE COMPANY, RLI INSURANCE COMPANY, AIG INSURANCE COMPANY OF CANADA, AIG PROPERTY CASUALTY COMPANY, AIG SPECIALTY INSURANCE COMPANY, AMERICAN HOME ASSURANCE COMPANY, AMERICAN INTERNATIONAL GROUP UK LIMITED, GRANITE STATE INSURANCE COMPANY, ILLINOIS NATIONAL INSURANCE COMPANY, LEXINGTON INSURANCE COMPANY, NATIONAL UNTION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, NEW HAMPSHIRE INSURANCE COMPANY, THE INSURANCE COMPANY FO THE STATE OF PENNSYLAVANIA, ALLSTATE COUNTY MUTUAL INSURANCE, ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, ALLSTATE INSURANCE COMPANY, ALLSTATE NORTHBROOK INDEMNITY COMPANY, ALLSTATE PROPERTY AND CASUALTY INSURANCE, ALLSTATE TEXAS LLOYDS, ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, DIRECT GENERAL INSURANCE COMPANY, ENCOMPASS HOME & AUTO INS. CO., ENCOMPASS INDEMNITY, ENCOMPASS INDEPENDENT INS. CO., ENCOMPASS INS. CO. OF AMERICA, ENCOMPASS PROPERTY & CASUALTY, ESURANCE INSURANCE COMPANY, ESURANCE PROPERTY AND CASUALTY INSURANCE COMPANY, HOME STATE COUNTY

MUTUAL, INTEGON INDEMNITY CORP., INTEGON NATIONAL INSURANCE CO., MIC GENERAL INSURANCE CORP., NATIONAL GENERAL INSURANCE COMPANY, NORTHLIGHT SPECIALTY INSURANCE, SAFE AUTO INS. CO., MT. HAWLEY INSURANCE COMPANY, STATE AUTOMOBILE MUTUAL INSURANCE COMPANY, STATE AUTO PROPERTY & CASUALTY COMPANY, MERIDIAN SECURITY INSURANCE COMPANY, IRONSHORE SPECIALTY INSURANCE COMPANY, EMPLOYERS INS. CO. OF WAUSAU, LIBERTY MUTUAL FIRE INSURANCE COMPANY, AMERICAN FIRE & CASUALTY COMPANY, LIBERTY INSURANCE CORPORATION, LIBERTY LLOYDS OF TEXAS INSURANCE COMPANY, LIBERTY MUTUAL INSURANCE COMPANY, LIBERTY MUTUAL PERSONAL INSURANCE COMPANY, OHIO SECURITY INSURANCE COMPANY, PEERLESS INSURANCE COMPANY, SAFECO INSURANCE COMPANY OF INDIANA, SAFECO LLOYDS INSURANCE COMPANY, THE OHIO CASUALTY INSURANCE COMPANY, WEST AMERICAN INSURANCE COMPANY, AMERICAN ZURICH INSURANCE COMPANY, EMPIRE FIRE AND MARINE INSURANCE COMPANY, EMPIRE INDEMNITY INSURANCE COMPANY, FIDELITY AND DEPOSIT COMPANY OF MARYLAND, STEADFAST INSURANCE COMPANY, ZURICH AMERCIAN INSURANCE COMPANY, ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS, AGRICULTURAL WORKERS MUTUAL AUTO INSURANCE, AMERICAN ECONOMY INSURANCE COMPANY, AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, ASI LLOYDS, ATLANTIC SPECIALTY INSURANCE COMPANY, AVENTUS INSURANCE CO., BERKSHIRE HATHAWAY DIRECT INSURANCE COMPANY CERTAIN UNDERWRITERS AT LLOYDS OF LONDON, CHURCH MUTUAL INSURANCE COMPANY SI, CM SELECT INSURANCE COMPANY, CM VANTAGE SPECIALTY INSURANCE COMPANY, ENDURANCE WORLDWIDE INSURANCE LTD., FCCI INSURANCE COMPANY, FIRST SPECIALTY INSURANCE CORPORATION, GEOVERA SPECIALTY INSURANCE COMPANY, HDI GLOBAL SPECIALTY SE, HISCOX INSURANCE COMPANY INC., HOMELAND INSURANCE COMPANY OF NEW YORK, INCLINE CASUALTY INSURANCE COMPANY, INTERSTATE FIRE & CASUALTY COMPANY, KEMPER INDEPENDENCE INSURANCE COMPANY, MARKEL INTERNATIONAL INSURANCE COMPANY LIMITED, MITSUI SUMITOMO INSURANCE USA INC., MONROE GUARANTY INSURANCE COMPANY, NATIONAL FIRE & MARINE INSURANCE COMPANY, NATIONAL TRUST INSURANCE COMPANY, PALOMAR SPECIALTY INSURANCE COMPANY, PROGRESSIVE CASUALTY

3

INSURANCE COMPANY, PROGRESSIVE PROPERTY INSURANCE COMPANY, STARR INDEMNITY & LIABILITY COMPANY, STARR SPECIALTY INSURANCE COMPANY, STATE NATIONAL INSURANCE COMPANY, INC., STILLWATER INSURANCE COMPANY, STILLWATER PROPERTY AND CASUALTY INSURANCE COMPANY, TOKIO MARINE AMERICA INSURANCE COMPANY, TRANSVERSE INSURANCE COMPANY, TRINITY UNIVERSAL INSURANCE COMPANY, TRISURA SPECIALTY INSURANCE COMPANY, UNITED FINANCIAL CASUALTY COMPANY, UNITRIN SAFEGUARD INSURANCE COMPANY, VAULT RECIPROCAL EXCHANGE, WESTPORT INSURANCE COMPANY, ACE AMERICAN INSURANCE COMPANY, ACE FIRE UNDERWRITERS INSURANCE COMPANY, ACE PROPERTY AND CASUALTY INSURANCE COMPANY, ATLANTIC EMPLOYERS INSURANCE, BANKERS STANDARD INSURANCE COMPANY, BENCHMARK INSURANCE COMPANY, CHUBB CUSTOM INSURANCE COMPANY, CHUBB LLOYDS INSURANCE COMPANY OF TEXAS, CHUBB NATIONAL INSURANCE COMPANY, CLEAR BLUE INSURANCE COMPANY, CLEAR BLUE SPECIALTY INSURANCE COMPANY, FEDERAL INSURANCE COMPANY, GREAT NORTHERN INSURANCE COMPANY, ILLINOIS UNION INSURANCE COMPANY, INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, INDEPENDENT MUTUAL FIRE INSURANCE COMPANY, INDEPENDENT SPECIALTY INSURANCE COMPANY, INDIAN HARBOR INSURANCE COMPANY, LEXINGTON INSURANCE COMPANY, OLD REPUBLIC UNION INSURANCE COMPANY, PACIFIC EMPLOYERS INSURANCE COMPANY, PACIFIC INDEMNITY COMPANY, SAFETY SPECIALTY INSURANCE COMPANY, SPINNAKER INSURANCE COMPANY, UNITED SPECIALTY INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, WESTCHESTER FIRE INSURANCE COMPANY (APA), WESTCHESTER SURPLUS LINES INSURANCE COMPANY CENTAURI SPECIALTY INSURANCE COMPANY, FIRST COMMUNITY INSURANCE COMPANY, WESTON PROPERTY & CASUALTY INSURANCE COMPANY FORMERLY D/B/A WESTON SPECIALTY INSURANCE COMPANY, UNITED SERVICES AUTOMOBILE ASSOCIATION ("USAA"), USAA CASUALTY INSURANCE COMPANY, USAA GENERAL INDEMNITY COMPANY, GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY, 21ST CENTURY CENTENNIAL INSURANCE COMPANY, 21ST CENTURY INSURANCE COMPANY, BRISTOL WEST INSURANCE COMPANY, SECURITY NATIONAL INSURANCE COMPANY D/B/A BRISTOL WEST SPECIALTY INSURANCE, COAST NATIONAL INSURANCE COMPANY, FARMERS

**SPECIALTY INSURANCE COMPANY, FARMERS TEXAS COUNTY MUTUAL INSURANCE COMPANY, HOME STATE COUNTY MUTUAL INSURANCE COMPANY, TOGGLE INSURANCE COMPANY, 21ST CENTURY ASSURANCE COMPANY, FARMERS INSURANCE COMPANY OF ARIZONA, FARMERS INSURANCE COMPANY OF IDAHO, FARMERS INSURANCE COMPANY OF OREGON, FARMERS INSURANCE COMPANY OF WASHINGTON, FARMERS INSURANCE COMPANY, INC., FARMERS INSURANCE EXCHANGE, FIRE INSURANCE EXCHANGE, FOREMOST COUNTY MUTUAL INSURANCE COMPANY, FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN, FOREMOST LLOYDS OF TEXAS, FOREMOST PROPERTY AND CASUALTY INSURANCE COMPANY, ILLINIOS FARMERS INSURANCE COMPANY, MID-CENTURY INSURANCE COMPANY, NEIGHBORHOOD SPIRIT PROPERTY AND CASUALTY COMPANY, TEXAS FARMERS INSURANCE COMPANY, TRUCK INSURANCE EXCHANGE, AMERICAN MERCURY LLOYDS INSURANCE COMPANY, FARMERS PROEPRTY AND CASUALTY INSURANCE COMPANY, FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY, FARMERS LLOYDS INSURANCE COMPANY OF TEXAS, FARMERS GROUP PROPERTY AND CASUALTY INSURANCE COMPANY, ECONOMY PREMIER ASSURANCE INSURANCE COMPANY, ECONOMY FIRE AND CASUALTY COMPANY, FARMERS CASUALTY INSURANCE COMPANY, AMERICAN RELIABLE INSURANCE COMPANY, UNITED NATIONAL INSURANCE COMPANY, PENN AMERICA INSURANCE COMPANY, DIAMOND STATE INSURANCE COMPANY, AMICA MUTUAL INSURANCE COMPANY, UNITED FIRE & CASUALTY COMPANY, TEXAS FARM BUREAU MUTUAL INSURANCE COMPANY, TEXAS FARM BUREAU CASUALTY INSURANCE COMPANY, TEXAS FARM BUREAU UNDERWRITERS, THE NORTH RIVER INSURANCE COMPANY, CRUM & FORSTER SPECIALTY INSURANCE COMPANY, CRUM & FORSTER INDEMNITY COMPANY, UNITED STATES FIRE INSURANCE COMPANY, SENECA INSURANCE COMPANY, SENECA SPECIALTY INSURANCE COMPANY, GERMANIA FARM MUTUAL INSURANCE ASSOCIATION, GERMANIA INSURANCE COMPANY, AND TEXAS PIONEER FARM MUTUAL INSURANCE ASSOCIATION, INC., Appellants**

**V.**

**ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC., A TEXAS CORPORATION, ET AL., Appellees**

**On Appeal from the 281st District Court**
**Harris County, Texas**
**Trial Court Case No. 2022-13706A**

---

## MEMORANDUM OPINION

Appellants have filed a motion to dismiss this appeal because they no longer wish to pursue their appeal. Appellees do not oppose this motion.

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a). Any pending motions are dismissed as moot.

## PER CURIAM

Panel consists of Justices Kelly, Hightower, and Guerra.